# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

The Court will adjourn the conference to a different date. In the future, however, counsel must provide a reason justifying any requested adjournment.

MY DIRECT DIAL IS: (212) 545-4027
MY EMAIL ADDRESS IS: Diane.Windholz@jacksonlewis.com

January 14, 2025

**SO ORDERED:**

1/15/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Hon. Robert W. Lehrburger
Southern District of New York
500 Pearl Street, Chambers 1960
New York, NY 10007

Re:    **Fields v. The Fresh Air Fund**
       **Case No.: 1:24-cv-07790-VSB-RWL**

Dear Judge Lehrburger:

We represent Defendant The Fresh Air Fund ("Defendant") in connection with the above-referenced case. We write pursuant to Rule I.E. of Your Honor's Individual Practice Rules to request an adjournment of the Initial Case Management Conference currently scheduled for January 23, 2025, at 9:30 a.m. This is Defendant's first request for an adjournment, and counsel for Plaintiff consents to the extension. The parties are available to participate in the Initial Case Management Conference on January 27, January 28, February 11, or February 12.

Thank you for your consideration of this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.
*/s/ Diane Windholz*
Diane Windholz

cc:    All Counsel of Record via ECF